IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| HONG SIMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| IPEARL, INC., ) | Civil Action No. 5:19-cv-00385-D |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

## ORDER APPROVING SETTLEMENT

UPON CONSIDERATION of the parties' Joint Motion for Approval of FLSA Settlement,

the Motion is GRANTED as follows:

(1) the Parties' proposed Settlement is approved, including the payment to Plaintiff, the release of claims, and payment of attorneys' fees and costs as set forth therein; and

(2) the action is dismissed in its entirety with prejudice; and

SO ORDERED. This _10_ day of January 2020.

JAMES C. DEVER III
United States District Judge